IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TOM BROWN and ALAN EARL,        )
                                )
            Plaintiffs,         )       8:09CV85
                                )
      v.                        )
                                )
HILTON HOTEL CORPORATION,       )       ORDER
DOUBLETREE DTWC, LLC, and       )
DOUBLETREE DTWC CORPORATION,    )
                                )
            Defendants.         )
_____)
```

This matter is before the Court the stipulation to allow defendants additional time to file answer or other responsive pleading to plaintiffs' complaint (Filing No. 20). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; defendants shall have until May 29, 2009, in which to file an answer or other responsive pleading to the plaintiffs' complaint.

DATED this 7th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court