```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

TOM BROWN and ALAN EARL,       )
                               )
             Plaintiffs,       )         8:09CV85
                               )
        v.                     )
                               )
HILTON HOTEL CORPORATION,      )         ORDER
DOUBLETREE DTWC, LLC, and      )
DOUBLETREE DTWC CORPORATION,   )
                               )
             Defendants.       )
_____)
```

This matter is before the Court on the parties' joint stipulated protective order for disclosure of confidential information (Filing No. 24). The Court finds said stipulated protective order should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulated protective order is approved and adopted. The stipulated protective order shall be applicable and govern documents produced in this lawsuit.

DATED this 26th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court