IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOM BROWN and ALAN EARL, ) | |
| ) | |
| Plaintiffs, ) | 8:09CV85 |
| ) | |
| v. ) | |
| ) | |
| HILTON HOTEL CORPORATION, ) | ORDER |
| WESTBOY, LLC, BELLBOY, LLC, ) | |
| BH HOTEL PROPERTIES, LP, BH ) | |
| LODGING Corp., DOUBLETREE ) | |
| HOTEL SYSTEMS, Inc., and HLT ) | |
| EXISTING FRANCHISE HOLDING, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on defendant Hilton Hotel Corporation ("Hilton") and plaintiffs Tom Brown and Alan Earl's stipulation to allow Hilton additional time to file its answer or other responsive pleading to plaintiffs' amended complaint (Filing No. 30). The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED that defendant Hilton Hotel Corporation may have until July 31, 2009, in which to file an answer or other responsive pleading to the plaintiffs' amended complaint.

DATED this 8th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court