IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOM BROWN and ALAN EARL, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:09CV85 |
| | ) | |
| v. | ) | |
| | ) | |
| HILTON HOTEL CORPORATION, WESTBOY, LLC, BELLBOY, LLC, BH HOTEL PROPERTIES, LP, BH LODGING, Corp., DOUBLETREE HOTEL SYSTEMS, Inc., and HLT EXISTING FRANCHISE HOLDING, LLC, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' stipulation to allow defendants additional time to file Hilton Hotel Corporation's Answer or Other Responsive Pleading to Plaintiffs' Amended Complaint (Filing No. 32).  The Court adopts the stipulation.  Accordingly,

IT IS ORDERED that the defendant Hilton Hotel Corporation shall have until August 28, 2009, to file a responsive pleading to the plaintiffs' amended complaint.

DATED this 10th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court