IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TOM BROWN and ALAN EARL,        )
                                )
              Plaintiffs,       )           8:09CV85
                                )
         v.                     )
                                )
HILTON HOTEL CORPORATION,       )           ORDER
WESTBOY, LLC, BELLBOY, LLC,     )
BH HOTEL PROPERTIES, LP,        )
BH LODGING CORP., DOUBLETREE    )
HOTEL SYSTEMS, INC., and        )
HLT EXISTING FRANCHISE          )
HOLDING LLC,                    )
                                )
              Defendants.       )
                                )
         v.                     )
                                )
LIPPE CONSTRUCTION SERVICES,    )
INC.,                           )
                                )
              Third Party       )
              Defendant.        )
_____)
```

This matter is before the Court on the motion to withdraw (Filing No. 76) of Alison A. Dempsey as counsel for plaintiffs.  The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Alison A. Dempsey is deemed withdrawn as counsel for plaintiffs.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court