IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TOM BROWN and ALAN EARL,        )
                                )
            Plaintiffs,         )       8:09CV85
                                )
        v.                      )
                                )
HILTON HOTEL CORPORATION,       )       ORDER
WESTBOY, LLC, BELLBOY, LLC,     )
BH HOTEL PROPERTIES, LP,        )
BH LODGING CORP., DOUBLETREE    )
HOTEL SYSTEMS, INC., and        )
HLT EXISTING FRANCHISE          )
HOLDING LLC,                    )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the joint stipulation and motion to dismiss (Filing No. 78). The Court finds the stipulation should be approved and adopted and the motion should be granted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; the motion to dismiss is granted. This action is dismissed with prejudice, with costs taxed to the parties incurring the same.

DATED this 17th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court